UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER CLAYTON SIMMONS,
    Plaintiff,

vs.                                    Case No.:  3:22cv17897/LC/ZCB

ESCAMBIA COUNTY CORRECTIONS,
    Defendant.
                                     /

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983.  (Doc. 1).  On September 16, 2022, the Court ordered Plaintiff to either pay the $402.00 filing fee or file a properly completed in forma pauperis (IFP) motion within thirty days.  (Doc. 3).  The Court directed the Clerk of Court to send Plaintiff the correct set of IFP forms and notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the case.  (*Id.*).[1]

Plaintiff did not file an IFP motion or pay the filing fee within the time allowed.  Therefore, on October 27, 2022, the Court ordered Plaintiff to show cause,

---

[1] The Court sent the order to Plaintiff at his record address, the Escambia County Jail.  On September 27, 2022, the order was returned as undeliverable. (*See* Docs. 4, 5).  The Clerk of Court located Plaintiff on the Florida Department of Corrections' inmate locator and forwarded the order and IFP forms to the address listed on that website.  (*See id.*).

1

within thirty days, why the case should not be dismissed for failure to comply with an order of the court. (Doc. 6). The Court again notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the case. (*Id.*).[2] The deadline for compliance with the show cause order has passed, and Plaintiff has not paid the filing fee, filed an IFP motion, or otherwise responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

At Pensacola, Florida, this 16th day of December 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[2] The Court sent the show cause order and a notice of change of address form to both addresses, Plaintiff's record address at the jail and the address listed on the FDOC's inmate locator. (*See* Doc. 7).