UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER CLAYTON SIMMONS,
    Plaintiff,

vs.                                    Case No.:  3:22cv17897/LAC/ZCB

ESCAMBIA COUNTY CORRECTIONS,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 16, 2022.  (Doc. 8).  The Court has attempted to furnish the plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 8) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 25th day of January, 2023.

                           s/*L.A. Collier*
                           **LACEY A. COLLIER**
                           **SENIOR UNITED STATES DISTRICT JUDGE**